# United States Court of Appeals
## For the First Circuit

No. 16-2268

THOMAS G. GALLAGHER, INC.,

Petitioner,

v.

OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION; R. ALEXANDER
ACOSTA, Secretary of Labor, U.S. Department of Labor,

Respondents.

**ERRATA SHEET**

The opinion of this Court issued on December 4, 2017, is
amended as follows:

On page 21, footnote 9, line 5: "others" is replaced
with "other"